**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PABLO OLIVO-ZABALA,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25-225 (MAJ)<br><br>VIOLATIONS:<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(1)<br>18 U.S.C. § 2252A(a)(5)(B)<br><br>THREE COUNTS &<br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Distribution/Receipt of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(2))

From on or about March 4, 2021 through on or about August 19, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**PABLO OLIVO-ZABALA,**

did knowingly receive and distribute, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by cellular phone device, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

*Indictment Pablo Olivo-Zabala*

## COUNT TWO
### Transportation of Child Exploitation Material
(Title 18, United States Code, Section 2252A(a)(1))

From on or about March 4, 2021, through on or about August 19, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

### PABLO OLIVO-ZABALA,

did knowingly transport, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, by any means, including by cellular phone device, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

## COUNT THREE
### Possession of Child Exploitation Material
(Title 18, United States Code, Section 2252A(a)(5)(B))

From on or about March 4, 2021 through on or about August 19, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

### PABLO OLIVO-ZABALA,

knowingly possessed, and accessed with intent to view, any material containing an image of child pornography as defined by Title 18, United States Code, Section 2256(8)(A), that has been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials which had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means, including by cellphone device, that is: the defendant, using electronic devices, such as an Apple iPhone 14, possessed images of child pornography, including child pornography of a prepubescent

minor or a minor who had not attained 12 years of age. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of the offense set forth above, **PABLO OLIVO-ZABALA,** the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession, receipt, transportation, distribution, or production of child pornography including an Apple iPhone 14. All pursuant to Title 18, United States Code, Section 2253.

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández Vega
Assistant United States Attorney
Chief, Child Exploitation & Immigration

Emelina M. Agrait Barreto
Assistant United States Attorney
Child Exploitation & Immigration Unit

TRUE BILL

Foreperson
Date: 5/8/2025